# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-30890
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 6, 2016

Lyle W. Cayce
Clerk

JAMES JAMIE HINSON,

Plaintiff - Appellant

v.

TECHTRONICS INDUSTRIES FACTORY OUTLETS, INCORPORATED;
HOME DEPOT USA, INCORPORATED,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:13-CV-851

Before DAVIS, JONES, AND GRAVES, Circuit Judges.

PER CURIAM:*

In this appeal from an adverse summary judgment ruling, Appellant fails to point to any evidence in the record supporting his res ipsa loquitur claims against Appellees for an injury he suffered while using a pressure washer he purchased from Home Depot. He has failed to brief on appeal and thus abandoned his other claims. The judgment of the district court, rendered

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30890

with a thorough opinion discussing the flaws in and absence of evidence to support Appellant's theories, is **AFFIRMED.**